JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bankers Insurance Company,<br><br>  Plaintiff,<br><br>  v.<br><br>Armen Sargisian,<br><br>  Defendants. | Case No. **CV 10-6741-JFW (VBKx)**<br><br>**ORDER DISMISSING CIVIL ACTION** |

   THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

   IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **90 days**, to re-open the action if settlement is not consummated.  During this 90 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

In the event a motion or *ex parte* application to re-open is not filed within 90 days, the dismissal of this action will be with prejudice.

Dated: January 13, 2011

                                        JOHN F. WALTER
                                        United States District Judge

2